## EX PARTE RAMÍREZ.

APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 2.—Resuelto en Noviembre 19, 1904.

DOMINIO—CITACIÓN DE LOS DUEÑOS ANTERIORES DEL INMUEBLE Ó DE SUS CAUSA-HABIENTES.—Si en una información de dominio no se hubieren citado los dueños anteriores del inmueble, ó sus causa-habientes, ya personalmente, si su domicilio fuere conocido, ó ya por edictos, si no lo fuere, adolecerá el procedimiento de un defecto capital que impide la aprobación de la información.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el extinguido Tribunal del Distrito de Humacao por el Abogado Don Luis Muñoz Morales, á nombre de Don Manuel Ramírez Rivera, sobre información de dominio de tres fincas rústicas, pendientes ante Nos

á virtud del recurso de apelación interpuesto por la representación del promovente, contra la sentencia dictada por el referido Tribunal de Distrito, la que copiada literalmente dice así:

"Humacao quince de Mayo de mil novecientos tres.

*Resultando:* que en catorce de Febrero último el Lcdo. Don Luis Muñoz Morales á nombre de Don Manuel Ramirez Rivera, presentó escrito á este Tribunal solicitando que se declare á favor de su representado el dominio de las siguientes fincas:—Diez y siete cuerdas ochenta centavos de terreno en el barrio de Navarro, por compra á Don Santiago Cruz, según documento privado: sesenta y cuatro cuerdas veinte y nueve centavos en el mismo barrio, compradas á Don Agustín Gonzalez sin que mediara título inscribible: siete cuerdas radicadas en el mismo barrio por compra á la sucesión Cruz según documento privado: tres cuerdas en el mismo barrio del Rincon por compra á la sucesión de Don José María Carrasquillo, según documento privado: cuatro cuerdas tres centavos en el mismo barrio, por compra á Avelino Gonzalez, según documento privado: dos cuerdas cincuenta centavos en el mismo barrio por compra á Juan Ramón Quiñones, según documento privado: seis cuerdas en el mismo barrio por compra á la sucesión de Don Fermin Carrasquillo, según documento privado: trece cuerdas en el mismo barrio por compra á Higinia Torres, sin título inscribible: nueve cuerdas cinco centavos en el mismo barrio compradas á Don Matias Gonzalez Riera, sin documento inscribible, formando todas estas porciones tres predios separados, que se describen como sigue: A. uno de ochenta y nueve cuerdas nueve centavos, equivalentes á treinta y cinco hectáreas un área, cincuenta y ocho centiáreas, radicado en el barrio de Navarro, del extinguido Municipio de Gurabo, agregado hoy á Cáguas, colindante hoy, por el Norte Don Gabriel Borrás é Inés Correa: por el Sur, terrenos de la sucesión Jaime Vilá representada por su viuda Luisa Santana: por el Este terrenos de Doña Alejandrina Villa, Amalia Cruz, y más terrenos del Sr. Ramirez, y por el Oeste sucesión Jaime Vilá y Santiago Cruz, habiendo enclavada en esta porción una casa destinada á vivienda, terrera, de maderas del pais, techada de teja, tres casas para almacenes, dos techadas de teja y una de zinc y dos ranchones techados de teja, valorado todo en mil seiscientos dollars. B. Otro prédio sin nombre, radicado en el barrio del Rincón, en el mismo término municipal, compuesto de veinte y ocho cuerdas cincuenta y

tres centavos, equivalentes á once hectáreas, once áreas, treinta y una
centiáreas, colindantes por el Norte con la carretera de Humacao que
la separa de terrenos de la sucesión Matias Gonzalez, representada
por su viuda Doña Natividad Garcia, por el Sur y Oeste, más terrenos
de Don Manuel Ramirez, y por el Este los de Mariana Diaz y Apolinar
Hernández, valorado en ochocientos cincuenta dollars.   C. Otro predio
denominado el Islote, en el mismo barrio del Rincón, compuesto de
nueve cuerdas cinco centavos, equivalentes á tres hectáreas, cincuenta
y cuatro áreas, ochenta y dos centiáreas, colindantes por el Norte,
con Don Pedro Marcano, por el Sur Don José Ramirez y el solicitante
don Manuel: Este, Don José Ramirez y Oeste, sucesión Pedro Sala,
representada por Don Benigno López, y el rio de Gurabo, valorado en
cuatrocientos cincuenta dollars, y ofreciendo como prueba los docu-
mentos privados que mediaron en la adquisición, una certificación
de mensura y los recibos de la contribución y prueba testifical, pidió
que se tramitara el expediente, con citación de los anteriores dueños,
actuales colindantes y audiencia del Fiscal, practicándose la prueba
propuesta, y convocando por edictos á los anteriores dueños, cuya
residencia se ignora y á las demás personas ignoradas á quienes pueda
perjudicar las inscripciones solicitadas y en su día que se declarara
justificado el dominio de las tres fincas rústicas descritas disponiendo
se practiquen las correspondientes inscripciones en el Registro de la
Propiedad.

*Resultando*: que por providencia del mismo día catorce se dió tras-
lado de dicho escrito al Sr. Fiscal, mandando citar á los anteriores
dueños de las fincas ó á sus causahabientes, se admitieron las pruebas
propuestas, mandandolas practicar con citación del Ministerio Fiscal
y convocar á las personas ignoradas á quienes pueda perjudicar la
inscripción de dominio de las expresadas fincas, por medio de edictos
que se fijaran en los parajes públicos é insertarán en el periodico la
Democracia para que dentro de sesenta días naturales comparezcan á
alegar su derecho.

*Resultando*: que citados los colindantes y anteriores dueños, pu-
blicados los edictos y practicada la información testifical, se pasó este
expediente al Ministerio Fiscal quien no se opuso á su aprobación.

Siendo Ponente el Sr. Juez Asociado Mr. Charles Foote.

*Considerando:* que el promovente acompaña varios decumentos
privados, correspondientes á diversas porciones de terreno cuyo do-
minio es objeto de este expediente, y que la prueba testifical, de con-
formidad con lo expuesto en el escrito de promoción, determina que
en la adquisición de Don Manuel Ramirez Rívera no medió título

inscribible, sin que por ningún concepto se pruebe, ni manifieste, que carece el actor de título escrito de dominio, único caso para el que la 'ley Hipotecaria establece el expediente que detalla en su artículo 395.—No há lugar á aprobar este expediente, con la declaración de dominio solicitado.

Lo acordó y firma el Tribunal y certifico: Salvador Fulladosa, Ramón Quiñones, Charles E. Foote, Enrique Lloreda.''

*Resultando:* que contra esta sentencia interpuso la representación del promovente Don Manuel Ramírez recurso de apelación, que le fué admitido libremente y en ambos efectos, y que elevados los autos á esta Superioridad, con citación y emplazamiento de las partes, y personado el apelante se dió al recurso la tramitación correspondiente, y se señaló día para la vista á cuyo acto concurrieron el Abogado Don Antonio Sarmiento, como defensor del apelante, y el Fiscal de este Tribunal Supremo, el que se adhirió al recurso.

Abogado del apelante: *Sr. Sarmiento.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

El Juez Presidente, Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada, á excepción del último.

*Resultando:* que citados los colindantes y anteriores dueños, á excepción de los herederos de Don José María y de Don Fermín Carrasquillo, de Don Agustín y Don Matías González Riera, y los hermanos Cruz, que lo fueron en la persona de otros individuos, que manifestó el promovente llevaban su representación, sin acreditarla; publicados los edictos y practicada la información testifical, se pasó el expediente al Ministerio Fiscal, quien no se opuso á su aprobación.

*Considerando:* que no habiéndose cumplido en la citación de los anteriores dueños de los terrenos, ó de sus causa-habientes, las prescripicones del artículo 395, y regla 5ª. del 391, de la Ley Hipotecaria de esta Isla, según las que los dueños anteriores ó sus causa-habientes, beben ser citados

para la información en su propia persona, si fuere conocido su domicilio, ó en otro caso, por edictos, se ha incurrido en en la sustanciación de este expediente en un defecto capital que impide la aprobación de la información propuesta.

*Vistos* los artículos citados de la Ley Hipotecaria vigente en esta Isla.

*Fallamos*: que debemos confirmar y confirmamos la resolución apelada de 15 de Mayo del año próximo pasado, en cuanto por ella se declara no haber lugar á la declaratoria de dominio solicitada, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.

